Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for KARI BOWYER, Chapter 7 Trustee of the estate of
Sergio Roldan and Adriana M. Buenaventura, Chapter 7 Case No. 17-50794 MEH

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>LORETTA BIRMINGHAM,<br><br>Debtor. | Case No. 19-50981 SLJ<br>Chapter 13<br>Hon. Stephen L. Johnson<br><br>**REQUEST FOR SPECIAL NOTICE** |

The undersigned, counsel in this case for Kari Bowyer, Chapter 7 Trustee of the estate of Sergio Roldan and Adriana M. Buenaventura, Chapter 7 Case No. 17-50794 MEH, hereby requests (1) notice of all matters which must be noticed to creditors and any other parties-in-interest, whether sent by Court, the Debtor, the United States Trustee or any other parties-in-interest, and (2) copies of all pleadings filed herein. The undersigned further request that such notices and copies be sent to the parties identified below and that the following parties be added to the Court's Master Mailing List:

**Gregg S. Kleiner, Esq.**
**RINCON LAW LLP**
**268 Bush Street, Suite 3335**
**San Francisco, California 94104**
**Telephone No.: 415-672-5991**
**Facsimile No.: 415-680-1712**
Email: gkleiner@rinconlawllp.com

/ / /

DATED: May 22, 2019     RINCON LAW LLP

By: */s/ Gregg S. Kleiner*
Counsel for KARI BOWYER, Chapter 7 Trustee of the estate of Sergio Roldan and Adriana M. Buenaventura, Chapter 7 Case No. 17-50794 MEH