DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:                                   ) Chapter 13
                                         ) Case No. 19-50981 SLJ
                                         )
                                         ) TRUSTEE'S OBJECTION TO
                                         ) CONFIRMATION WITH CERTIFICATE OF
LORETTA BIRMINGHAM                       ) SERVICE
                                         )
                                         ) 341 Meeting: Date: JULY 1, 2019 @ 9:30 AM
                                         ) Initial Confirmation Date: JULY 18, 2019
                                         ) Initial Confirmation Time: 9:55 AM
                                         ) Place: 280 S. 1st Street Room 3099
                                         )        San Jose, CA
                                         ) Judge: Stephen L. Johnson
                Debtor(s)                )
                                         )

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this Plan for the following reasons:

1. The Debtor has not complied with the following provisions contained in General Order 34 of the United States Bankruptcy Court for the Northern District of California therefore the plan cannot be confirmed:

    The Debtor has failed to provide the Chapter 13 Trustee with Form NDC 1-3 Class 1 Checklist for each Class 1 creditor, Form NDC 1-4 Authorization to Release Information to Trustee.

Trustee's Obj to Confirmation – 19-50981 SLJ

The Debtor has failed to file a declaration with supporting evidence stating whether the Debtor has made all post-petition payments ("Declaration of Direct Payment") to the following Class 1 creditors: [insert names of Class 1 creditors].

The Trustee requests that the Debtor file the Declaration of Direct Payment five (5) days prior to *all* 1) continued meetings of creditors and 2) contested or continued contested confirmation hearings while the case is pending confirmation.

2. The Debtor has not complied with 11 U.S.C. § 521(e)(2)(A)(i) and (B) as the Debtor has not provided the Trustee with a copy of her 2018 federal and state income tax return and W-2.

Dated: June 27, 2019

/S/ Devin Derham-Burk
_____
Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I hereby declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave., Bldg. C-100, Los Gatos, CA 95032. I served the within Objection to Confirmation, by placing same in an envelope in the U.S. Mail at Los Gatos, California on June 27, 2019. Said envelopes were addressed as follows:

| | |
|---|---|
| LORETTA BIRMINGHAM<br>1565 E MIDDLE AVE<br>SAN MARTIN, CA 95046 | STANLEY A ZLOTOFF ESQ<br>300 S FIRST ST #215<br>SAN JOSE, CA 95113 |

/S/ Clotilde Costa
Office of Devin Derham-Burk, Trustee

Trustee's Obj to Confirmation – 19-50981 SLJ