UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  
Loretta Birmingham

Debtor(s)

Bankruptcy No.: 19-50981  
RS No.: NFS-102  
Hearing Date: September 3, 2019  
Time: 10:30 a.m.

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: May 13, 2019   Chapter: 13  
Prior hearings on this obligation:   Last Day to File §523/§727 Complaints: 08/30/2019

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):  
Secured Creditor [ ] or lessor [ ]  
Fair Market Value: $   Source of Value:  
Current Balance: $   Pre-Petition Default: $  
Monthly Payment: $   No. of Months:  
Insurance Advance: $   Post-Petition Default: $  
   No. of Months:

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):  
1565 E Middle Ave, San Martin, CA 95046

Fair Market Value: $3,000,000.00   Source of Value: Debtor's Schedules   If appraisal, date:  
Moving Party's position (first trust deed, second, abstract, etc.): 1st Trust Deed

Approx. Bal: $940,663.86   Pre-Petition Default $155,817.58  
As of (date): August 5, 2019   No. of Months: 40  
Mo. Payment $4,098.05   Post-Petition Default: $12,294.15  
Notice of Default (date): 12/17/2014   No. of Months: 3  
Notice of Trustee's Sale: 04/08/2019   Advances Senior Liens:  
Specify name and status of other liens and encumbrances, if known (e.g., trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: | $940,663.86 | $ 4,098.05 | $ 168,111.73 |
| 2nd Trust Deed: | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| (Total) | $940,663.86 | $ 4,098.05 | $ 168,111.73 |

(D) Other Pertinent Information: Movant requests relief from stay based on the Debtor's failure to make post-petition payments. There is no current loan modification in review. Movant also seeks relief from Co-Debtor Stay.

Dated: August 13, 2019   /s/Nathan F. Smith  
Signature  
Nathan F. Smith, #264635  
Print or Type Name  
Attorney for: U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust by Caliber Home Loans, Inc., as its attorney in fact