Nathan F. Smith, #264635
Christina J. O, #266845
Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, 2nd Floor
Irvine, California 92612
(Telephone) (949)252-9400
(Facsimile) (949)252-1032
Email: nathan@mclaw.org

Attorneys` for Movant

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Loretta Birmingham,<br><br>　　　　　　Debtor.<br>_____<br>U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust by Caliber Home Loans, Inc., as its attorney in fact,<br>　　　　　　Movant,<br>vs.<br>Loretta Birmingham, Debtor; Bert Leroy Birmingham, Co-Debtor and Devin Derham-Burk, Trustee,<br>　　　　　　Respondents. | Bankruptcy Case No. 19-50981<br><br>R.S. No. NFS-102<br><br>Chapter 13<br><br>**DECLARATION IN SUPPORT OF U.S. BANK TRUST, N.A.'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND RELIEF FROM CO-DEBTOR STAY**<br><br>**HEARING DATE:**<br>**DATE: 09/03/2019**<br>**TIME: 10:30 a.m.**<br>**CTRM: 9** |

I, _____Karla Price_____, declare:

　　　　1.　　I am over the age of eighteen and am authorized to make this declaration on behalf of Caliber Home Loans, Inc. ("Caliber"), as attorney in fact and servicer for U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank Trust, N.A." or "Movant").

///

PR/B51513

2. I am a/an __Assistant Vice President__ at Caliber Home Loans, Inc., as attorney in fact and servicer for U.S. Bank Trust, N.A. In the foregoing capacity I have personal knowledge of the status and history of the Bert Leroy Birmingham and Loretta Louise Birmingham ("Borrowers") loan account, and if called upon to testify thereto I could and would do so competently and truthfully.

3. In my capacity as a/an __Assistant Vice President__, I have access to the business records of Caliber as attorney in fact and servicer for U.S. Bank Trust, N.A. as they relate to the Borrowers. The records of U.S. Bank Trust, N.A. are made and kept in the ordinary course of business by persons who have a business duty to make such records on behalf of U.S. Bank Trust, N.A. The records are made at or near the time of the occurrence of the event or events of which they are recorded. I have personally reviewed the records of U.S. Bank Trust, N.A. as they relate to the Borrowers herein. The records reflect the payments made, the payments missed, and all charges accruing under the loan. Therefore, I am personally familiar with the status of the Borrowers' loan.

4. **The Secured Debt.** On or about September 7, 2007, Bert Leroy Birmingham and Loretta Louise Birmingham made and delivered a Promissory Note in the original principal amount of $875,000.00, secured by a First Priority Deed of Trust on the Property commonly known as 1565 E Middle Ave, San Martin, CA 95046 ("Property"). True and correct copies of the Note and Deed of Trust are attached as Exhibits "1" and "2," respectively.

An Assignment of Deed of Trust recorded on July 23, 2008 from JPMorgan Chase Bank, N.A. by NDEx West, LLC, it' Attorney-in-Fact to Chase Home Finance, LLC. Successor by merger to Chase Manhattan Mortgage Corporation is attached as Exhibit "3."

An Assignment of Deed of Trust recorded on August 25, 2015 from JPMorgan Chase Bank, National Association to U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust is attached as Exhibit "3".

A Loan Modification Agreement effective September 1, 2012 is attached as Exhibit "4."

5. **The Default Under The Note.** The Note and Deed of Trust are post-petition due for the June 1, 2019 payment. As a result of a default, a Notice of Default and Election To Sell

PR/B51513

was recorded against the Property on December 17, 2014. The Notice of Sale was published on April 8, 2019 and a foreclosure sale was scheduled for May 15, 2019. The total indebtedness under the Note, exclusive of attorney's fees, is $940,663.86. The total indebtedness due is set forth below:

| | |
|---|---:|
| Principal Balance | $629,194.25 |
| Interest Accrued to 08/05/2019 | $59,752.69 |
| Escrow Advance | $55,264.42 |
| Other Fees Due | $11,232.91 |
| Suspense Balance | ($387.59) |
| Deferred Principal Balance | $185,607.18 |
| Grand Total | $940,663.86 |

6. **The Post-Petition Delinquency.** The Debtor has failed to make post-petition payments that have come due. The total payment delinquency is set forth below:

3   (06/01/2019- 08/01/2019)   Payments due at   $4,098.05   $12,294.15

Suspense Balance: $(0.00)

Total $ 12,294.15

7. **The Next Payment Due.** An additional payment of $4,098.05 will come due on the 1st day of September 2019 and on the 1st day of each month thereafter.

8. **The Monthly Payment Impound.** The monthly payment includes a portion in the amount of $1,564.29 which represents impounds for taxes and/or insurance.

9. **The Debtor's Interest In The Property.** The Debtor is one of owners of record of the Property.

///
///
///
///
///
///
///

PR/B51513

10. **The Filing Of The Instant Petition.** On or about May 13, 2019, Loretta Birmingham filed the instant Chapter 13 Petition as Case No. 19-50981.

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct and that this Declaration is executed on __Aug 12, 2019__ in __San Diego, CA__. (city, state)

___/s/Karla Price_____  
Signature of Declarant

__Assistant Vice President_____  
Title

**Movant: U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust by Caliber Home Loans, Inc., as its attorney in fact**

PR/B51513