Nathan F. Smith, #264635
Christina J. Khil, #266845
Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, 2nd Floor
Irvine, California 92612
(Telephone) (949)252-9400
(Facsimile) (949)252-1032
Email: christinao@mclaw.org

Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Loretta Birmingham,<br><br>Debtor. | Bankruptcy Case No. 19-50981<br><br>R.S. No. NFS-102<br><br>Chapter 13 |
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust by Caliber Home Loans, Inc., as its attorney in fact,<br><br>Movant,<br><br>vs.<br><br>Loretta Birmingham, Debtor; Bert Leroy Birmingham, Co-Debtor and Devin Derham-Burk, Trustee,<br><br>Respondents. | **SUPPLEMENTAL DECLARATION IN SUPPORT OF U.S. BANK TRUST, N.A.'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND RELIEF FROM CO-DEBTOR STAY**<br><br>CONTINUED HEARING DATE:<br>DATE: November 12, 2019<br>TIME: 10:30 a.m.<br>CTRM: 9 |

I, __Karla Price__, declare:

1. I am over the age of eighteen and am authorized to make this declaration on behalf of Caliber Home Loans, Inc. ("Caliber"), as attorney in fact and servicer for U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank Trust, N.A." or "Movant").

2. I am a/an __Assistant Vice President__ at Caliber Home Loans, Inc., as attorney in fact and servicer for U.S. Bank Trust, N.A. In the foregoing capacity I have personal knowledge of the status and history of the Bert Leroy Birmingham and Loretta Louise Birmingham ("Borrowers") loan account, and if called upon to testify thereto I could and would do so competently and truthfully.

PR/B51513

3. In my capacity as a/an __Assistant Vice President__, I have access to the business records of Caliber as attorney in fact and servicer for U.S. Bank Trust, N.A. as they relate to the Borrowers. The records of U.S. Bank Trust, N.A. are made and kept in the ordinary course of business by persons who have a business duty to make such records on behalf of U.S. Bank Trust, N.A. The records are made at or near the time of the occurrence of the event or events of which they are recorded. I have personally reviewed the records of U.S. Bank Trust, N.A. as they relate to the Borrowers herein. The records reflect the payments made, the payments missed, and all charges accruing under the loan. Therefore, I am personally familiar with the status of the Borrowers' loan.

4. On August 13, 2019, U.S. Bank Trust filed a Motion for Relief from Automatic Stay ("Motion") which detailed a post-petition delinquency of $12,294.15 through and including the August 1, 2019 payment.

5. On August 30, 2019, a Declaration of Jeff Whalen ("Declaration") was filed in opposition to the Motion.

6. I reviewed the Declaration in opposition to the Motion and the Borrowers loan account records, and confirmed that as of the date of this declaration, no payments have been received. The current post-petition delinquency is $24,588.30, through and including the November 1, 2019 monthly payment. A copy of the post-petition history of payments is attached as Exhibit "1."

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct and that this Declaration is executed on **NOV 07 2019** in San Diego, California. (city, state)

| Signature of Declarant | Assistant Vice President |
| --- | --- |
| | Title |
| Movant: U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust by Caliber Home Loans, Inc., as its attorney in fact | |

Ex

### Post-Petition Loan History

| Case Name: | Loretta Birmingham | Filing Date: | 5/13/2019 |
|---|---|---|---|
| Case No. | 19-50981 | | |

| Due Date: | Payment Amount: | Late Charge: | Total Amount Due: | Date Received | Amt Received | Balance Due |
|---|---|---|---|---|---|---|
| Jun-01-19 | $ 4,098.05 | | $ 4,098.05 | | | $ 4,098.05 |
| Jul-01-19 | $ 4,098.05 | | $ 4,098.05 | | | $ 8,196.10 |
| Aug-01-19 | $ 4,098.05 | | $ 4,098.05 | | | $ 12,294.15 |
| Sep-01-19 | $ 4,098.05 | | $ 4,098.05 | | | $ 16,392.20 |
| Oct-01-19 | $ 4,098.05 | | $ 4,098.05 | | | $ 20,490.25 |
| Nov-01-19 | $ 4,098.05 | | $ 4,098.05 | | | $ 24,588.30 |
| **Totals** | **$ 24,588.30** | $   -   | **$ 24,588.30** | | | |
| **Outstanding Debt:** | | | **$ 24,588.30** | | | |

Exhibit 1