DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
Devin L. Pace #256514
Nanette Dumas #148261
Jane Z. Bohrer #243692
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>LORETTA BIRMINGHAM<br><br><br><br><br><br>Debtor | Chapter 13<br><br>Case No. 19-50981 SLJ<br><br>**NOTICE AND OPPORTUNITY FOR HEARING ON MOTION TO DISMISS**<br><br>Hearing Date:  not set<br>Hearing Time:  not set<br>Judge:  Hon. Stephen L. Johnson |

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT Devin Derham-Burk, Chapter 13 Standing Trustee (hereafter "Trustee"), has moved the Court for an Order of Dismissal of the above case pursuant to 11 U.S.C. § 1307(c)(1).

Bankruptcy Local Rule 9014-1(b)(3)(A) prescribes the following procedures to be followed:

Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice;

Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;

If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.

In the event of a timely objection or request for hearing,

> The initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.

The addresses to file and serve a request for hearing are:

**Court:**
U.S. Bankruptcy Court
280 S. First St., Rm. 3035
San Jose, CA  95113

**Chapter 13 Trustee:**
Devin Derham-Burk, Trustee
P.O. Box 50013
San Jose, CA  95150-0013

**Debtor's Attorney:**
STANLEY A ZLOTOFF ESQ
300 S FIRST ST #215
SAN JOSE, CA  95113

A hearing will not be set on the Court's calendar unless you request a hearing.  Refer to B.L.R. 9014-1 for additional rules applicable to this motion.

If you would like a complete copy of the motion in this case, please request a copy from the Bankruptcy Court Clerk's office, PACER online service, or the Trustee's office by contacting the Office of Devin Derham-Burk, Trustee, P.O. Box 50013, San Jose, CA 95150-0013, (408) 354-8151.

Dated:  December 03, 2019

/s/ Devin Derham-Burk
Chapter 13 Standing Trustee