Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA  95113

Telephone (408) 287-5087
Facsimile (408) 287-7645

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

In re:                              ) Chapter 13
                                    )
 Loretta Birmingham,                ) Case No. 19-50981 SLJ
                                    )
          Debtor.                   )
                                    )
                                    )
_____/

OBJECTION TO TRUSTEE'S MOTION TO DISMISS

Debtor objects to the Trustee's Motion("Motion") to Dismiss for the following reasons:

<u>Trustee's Objection to confirmation</u>

The Motion contends that debtors have not acted promptly to resolve the Trustee's Objection to confirmation.  The Trustee's existing objection was only filed on November 26, 2019, a mere one week before the Motion was filed.  The Objection contains just one point:  a request for a declaration that payments have been made to the Class 1 creditor U.S. Bank, also known as Caliber Home Loans.  If the Trustee had reviewed the Docket, she

- 1
Case: 19-50981    Doc# 38    Filed: 12/24/19    Entered: 12/24/19 16:52:39    Page 1 of 3

would have seen the results of a lengthy proceeding regarding Automatic Stay relief filed by U.S. Bank. Included within the proceeding were declarations filed by debtor or Jeff Whalen, debtor's son and the person making payments on debtor's behalf. The proceeding concluded with a concession by U.S. Bank that all payments through October had indeed been made. Moreover, the court signed an adequate protection order, obviating any need by the Trustee to monitor the U.S. Bank payments.

Rossi Hamerslough, Reischl & Chuck("Rossi") Objection

The Rossi Objection had been confusing to understand, because it related to Rossi's judicial lien originally against two properties, included in two bankruptcy estates. Rossi's judgment arose out of attorney's fees for services rendered for a deed of trust holder who conducted a trustee's sale of one of the properties.

At this point, debtor seems to understand the basis of the Rossi claim. Discussions have been had between debtor and the attorney for the other bankruptcy estate for determination of whether there might be an apportionment between the two estates of the amount owed to Rossi. These discussion are ongoing.

U.S. Bank Objection

U.S. Bank's Objection questions debtor's ability to cure mortgage arrearages by selling or refinancing her residence.

Proposed Plan

Debtor believes her circumstances have changed so that she can file a conventional plan for a five year payout.  Her son, who will be making the plan and mortgage payments, is figuring out a timetable of payments to be incorporated into an amended plan.

Dated:  12/24/2019        /s/Stanley Zlotoff