Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA 95113

Telephone (408) 287-5087
Facsimile (408) 287-7645

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re:                          ) Chapter 13
                                )
 Loretta Birmingham,            ) Case No. 19-50981 SLJ
                                )
        Debtor.                 ) Date: 5/28/2020
                                ) Time: 10:00 a.m.
                                )
                                )
_____/

NOTICE OF HEARING ON OBJECTION TO CONFIRMATION

To David Hamerslough, attorney for secured creditor Rossi, Hamerslough, Reischl& Chuck("Hamerslough"):

PLEASE BE ADVISED that a hearing on Hamerslough's Objection to Confirmation("Objection") will come on for hearing on May 28, 2020 at 10:00 a.m, in Courtroom 9 of the U.S. Bankruptcy Court, located at 280 S. First Street, San Jose, California 95113.

Hamerslough's Objection was based on debtor's original plan filed almost one year ago. That plan failed to treat Hamerslough's claim as secured. Debtor believed that the Hamerslough claim would be paid by a related bankruptcy estate

- 1 -

in which the same Hamerslough claim had been filed.  Discussions were held among the various parties, and settlement options were considered.   However, the advent of the COVID-19 pandemic seriously  impacted debtor's ability to fund any settlement.

On April 30, 2020, debtor filed an Amended Plan("Plan"). In pertinent part it provides for a five year repayment plan, and for Hamerslough to be paid in full as a Class 2A secured creditor.

Dated: 4/30/2020        /s/Stanley Zlotoff