Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA  95113

Telephone (408) 287-5087
Facsimile (408) 287-7645

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re:                                ) Chapter 13
                                      )
 Loretta Birmingham,                  ) Case No. 19-50981 SLJ
                                      )
          Debtor.                     ) Date:  5/28/2020
                                      ) Time:  10:00 a.m.
                                      )
                                      )
_____/

CERTIFICATE OF SERVICE BY U.S. MAIL

I declare that I am employed in the county of Santa Clara, California; I am over the age of eighteen years and not a party to the within action; my business address is 300 S. First St, Suite 215, San Jose, California 95113.

On April 30, 2020, I served by U.S. Mail the following:

**Notice of Hearing on Objection to Confirmation and Amended Plan dated 4/29/2020 and filed on 4/30/2020**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Jose, California addressed as follows:

- 1 -

Rossi,Hamerslough,Reischl&Chuck
Attn: David Hamerslough
1960 The Alameda, Suite 200
San Jose, CA  95126

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 30, 2020, at San Jose, California.


                                                  /s/Stanley Zlotoff