Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA   95113

Telephone (408) 287-5087
Facsimile (408) 287-7645

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | ) Chapter 13 |
|  Loretta Birmingham, | ) Case No. 19-50981 SLJ |
|        Debtor. | ) Date:  5/28/2020 |
| | ) Time:  10:00 a.m. |

STATUS CONFERENCE STATEMENT RE OBJECTION TO CONFIRMATION

The Objection to confirmation filed by secured creditor Rossi, Hamerslough, Reischl& Chuck("Hamerslough") was based on debtor's original  plan filed almost one year ago.  That plan failed to treat Hamerslough's claim as secured.  Debtor believed that the Hamerslough claim would be paid by a related bankruptcy estate in which the same Hamerslough claim had been filed. Discussions were held among the various parties, and settlement options were considered.   However, the advent of the COVID-19 pandemic seriously  impacted debtor's ability to fund any settlement.

- 1 -

On April 30, 2020, debtor filed an Amended Plan("Plan"). In pertinent part it provides for a five year repayment plan, and for Hamerslough to be paid in full as a Class 2A secured creditor.

Dated: 5/14/2020 /s/Stanley Zlotoff