DAVID HAMERSLOUGH (SBN 95010)
ROSSI, HAMERSLOUGH, REISCHL & CHUCK
1960 The Alameda, Suite 200
San Jose, CA 95126-1493
Tel: (408) 261-4252
Fax: (408) 261-4292
dave@rhrc.net

Attorneys for Secured Creditor Rossi, Hamerslough, Reischl & Chuck, APLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Chapter 13 |
|---|---|
| Loretta Birmingham, | Case No.: 19-50981 |
| Debtor. | **SECURED CREDITOR'S OBJECTION TO CONFIRMATION OF DEBTOR'S AMENDED PLAN** |
| | Date: 5/28/2020<br>Time: 10:00 a.m.<br>Dept.: Courtroom 9 |

Secured creditor Rossi, Hamerslough, Reischl & Chuck, APLC ("Rossi") objects to the proposed treatment of Rossi's secured claim in the Debtor's amended Chapter 13 plan, Docket 42 ("Plan"). The Debtor's case has now been pending for over one year, yet Rossi has not received any payments on its claim. This petition is nothing other than a delay tactic by the Debtor's son, Jeff Whalen, who is using the Debtor's Chapter 13 case as a tool to delay making any payments to creditors who have liens against the Debtor's residence, 1565 E. Middle Ave., San Martin, CA.

According to the Debtor's sworn schedules, the residence has a value of $3 million and secured claims of less than $1.25 million. The Debtor (and Mr. Whalen) should be compelled to promptly sell the residence and pay the creditors or have the case immediately converted to Chapter 7 so a trustee can sell the residence and pay creditors. The Debtor's original plan, Docket 2, called for the residence to be refinanced by no later than January 31, 2020 (see Docket

2, paragraph 2.02). That did not happen. Instead, four months <u>after</u> all creditors should have been paid in full, the Debtor seeks to confirm a plan that does not, literally, add up. As discussed below, the Plan is not viable, confirmation should be denied, and the case should be converted to Chapter 7.

Rossi is a judgment creditor of the Debtor. Interest on the claim accrues at 10% per annum. Through an abstract of judgment recorded on December 19, 2016, Rossi's judgment encumbers the Debtor's residence.

On July 17, 2019, Rossi filed a claim against the Debtor's estate, which provides it has a secured claim totaling $88,232.00 as of June 30, 2019, claim # 2.

The Plan has put Rossi in Class 2(A) and calls for Rossi to receive monthly payments of $1,500 starting June 2020, plus interest of 6%. To date, Rossi has received no payment from the Chapter 13 trustee or from the Debtor. The Plan provides it is a 100% payment to claimants (see Plan at 3.14). This is incorrect. The Debtor filed her case on May 13, 2019. She must complete her payments within 60 months; hence, she now only has 48 months to pay Rossi under a plan. Assuming she makes monthly payments of $1,500 to Rossi as provided in the Plan for the next 48 months, the payments will total only $72,000, falling far short of the amount needed to pay the Rossi claim in full plus interest. Furthermore, while the Plan indicates it will pay Rossi interest of 6%, the Plan makes no provision for any interest payments. Because the Rossi judgment is fully secured, Rossi is entitled to be paid interest at the judgment rate of 10% per annum.

Rossi respectfully requests that the Court deny confirmation of the Plan and convert the Debtor's case to Chapter 7. It is the only way creditor's will be paid on account of their claims.

Dated: May 15, 2020               ROSSI, HAMERSLOUGH, REISCHL & CHUCK

BY: D. Hamerslough
DAVID HAMERSLOUGH
Attorneys for Secured Creditor Rossi,
Hamerslough, Reischl & Chuck, APLC

Rossi, Hamerslough,
Reischl & Chuck
1960 The Alameda
Suite 200
San Jose, CA
95126-1493
(408) 261-4252
Fax (408) 261-4292