Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA  95113

Telephone (408) 287-5087
Facsimile (408) 287-7645

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | ) Chapter 13 |
| Loretta Birmingham, | ) Case No. 19-50981 SLJ |
| Debtor. | ) Date:  May 28, 2020 |
| | ) Time:  10:00 a.m. |

SUPPLEMENTAL STATUS CONFERENCE STATEMENT

Secured creditor Rossi, Hamerslough, Reischl & Chuck("Hamerslough") filed an Objection to Confirmation on May 20, 2020.

Hamerslough's claim is based on attorney's fees incurred in connection with litigation over a house(1050 Ortega, Gilroy,CA, "Ortega house") that debtor owned with her husband.  The facts are somewhat confused, but apparently Hamerslough reduced his claim for attorney's fees to a judgment that was secured by both the Ortega house as well as debtor's current residence on Middle

- 1

Avenue in San Martin, CA.  The Chapter 7 Trustee in Case No. 17-50794 MEH, <u>In re Sergio Roldan</u>, sold the Ortega house; and debtor is informed and believes that the Trustee in that case is holding sufficient funds to pay Hamerslough's claim in full.

Debtor is informed and believes that it is more than likely that Hamerslough will, during the course of this case receive payment from the Roldan estate on account of his claim filed in Debtor's case.

**Amended Plan pays Hamerslough in full**

The Plan placed Hamerslough in Class 2(A), and provided a fixed monthly payment of $1,500 as well as an interest rate of 6%.

The Plan provides for stepped-up payments in month 25. The actual monthly payment amount is augmented by Section 5.02 of the Plan as well as the Distribution Order located on the Court's website under San Jose procedures.  Essentially starting in month 25, Hamerslough will be paid pro rata with Caliber as to the excess monthly amount derived from the stepped-up payments.  In other words, as to the roughly $6,000 in additional funds available starting in month 25, if Hamerslough's claim has been paid down to say $70,000, then it would partake proportionately with Caliber's $155,000 claim for a roughly 30% or $1,800 portion of the stepped-up amount.

- 2 -

Case: 19-50981    Doc# 61    Filed: 05/21/20    Entered: 05/21/20 22:56:03    Page 2 of 3

**Hamerslough is entitled to post-confirmation interest set by a bankruptcy standard**

Hamerslough's claim is not secured only by debtor's principal residence, but also by the Ortega House sale proceeds. Consequently the claim is subject to cramdown(see Section 1322(b)(2)), and a *Till* rate of interest, generally accepted to be prime plus 1-3 points. <u>Till v. SCS Credit Corp.</u>, 541 U.S. 465, 479-80(2004). The six percent interest rate set forth in the Plan is close to prime plus 3 points.

Dated: 5/21/2020          /s/Stanley Zlotoff