Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA  95113

Telephone (408) 287-5087
Facsimile (408) 287-7645

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | ) Chapter 13 |
| | ) |
| Loretta Birmingham, | ) Case No. 19-50981 SLJ |
| | ) |
| Debtor. | ) Date:  May 28, 2020 |
| | ) Time:  10:00 a.m. |

REPLY TO JOHN SIKKEMA CONSTRUCTION,INC. OBJECTION TO CONFIRMATION

John Sikkema Construction, Inc.("Sikkema") filed an Objection on May 15, 2020.

The claim of Sikkema is based on a contract between Jeff Whalen Dairy Farms("Jeff") and Sikkema(see Exhibits A through D of Objection).  Neither debtor nor her husband were parties to the contract.  Apparently a dispute arose between Jeff and Sikkema.  Creatively, Sikkema filed a breach of contract lawsuit against Jeff, and for good measure included a cause of action for unjust enrichment against debtor and her husband.

- 1

Debtor did not appreciate that Sikkema held a claim against her( Sikkema was nothing more than an officious intermeddler to her), so he wasn't originally scheduled.  Nevertheless, if debtor chooses to object to Sikkema's claim, it won't be because it was filed after the bar date.  In any event, Sikkema has not been prejudiced, because no distributions have yet occurred.

Sikkema is wrong to allege that the Plan does not propose to pay all claims in full.  The fact that the Plan may have mistakenly estimated the amount of unsecured claims is not significant. The Plan computation included Sikkema's claim, even though it might later be the subject of a claim objection. Moreover, Section 3.02 of the Plan states that the proof of claim, not the Plan will govern the amount of the claim.

Dated:  5/21/2020                     /s/Stanley Zlotoff

.