Christina J. Khil, #266845
Kelli M. Brown, #328176
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
(949) 252-9400 Phone
(949) 252-1032 Fax
Email: christinao@mclaw.org; kbrown@mclaw.org

Attorney for Caliber Home Loans, Inc. as servicer for U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>LORETTA BIRMINGHAM,<br><br>Debtor. | Bankruptcy Case No. 19-50981<br><br>Chapter 13<br><br>**SUPPLEMENT TO OBJECTION TO CONFIRMATION OF (SECOND AMENDED) CHAPTER 13 PLAN**<br><br>**HEARING DATE:**<br>DATE: September 17, 2020<br>TIME: 10:00 AM<br>CRTM: 9<br>PLACE: 280 South First Street<br>          San Jose, CA 95113<br><br>**VIA TELE/VIDEOCONFERENCE** |

**TO THE HONORABLE STEPHEN L. JOHNSON, UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTOR, AND THE DEBTOR'S ATTORNEY:**

    Caliber Home Loans, Inc. as servicer for U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("USB"), hereby maintains and supplements its Amended Objection to Debtor's (Amended) Chapter 13 Plan ("Amended Objection").

USB is the holder of a claim secured only by a security interest in real property commonly known as 1565 E Middle Ave, San Martin, California 95046 ("Property"). The total amount due and owing under the Promissory Note is $932,634.51, the pre-petition arrearage amount owed is $155,817.58[1] and the ongoing post-petition monthly mortgage payment is $4,093.29[2]. As of August 26, 2020, Debtor is post-petition delinquent in the amount of $28,662.55[3] and there is no forbearance agreement is in effect.

Debtor has filed a Second Amended Chapter 13 Plan ("Second Amended Plan"), however, as stated in USB's Amended Objection, USB maintains its objection that the Debtor has not proposed a plan in in good faith. Debtor's initial plan proposed to sell or refinance the Property by January 31, 2020. After failing to follow through with Debtor's own proposed deadline, Debtor proposed an infeasible amended plan to which USB objected for all the reasons stated its Amended Objection. Now, Debtor's Second Amended Plan omits USB entirely. Instead, the Debtor's Notice of Hearing on Objection to Confirmation ("Notice") regarding USB's Amended Objection states that the Second Amended Plan proposes to again refinance the Property, but now by October 31, 2020, to pay off the Plan. To the extent that Debtor intended this to be the treatment of USB's claim, USB objects. This would be the second time in the instant case that Debtor proposed a refinance of the Property. Debtor initially proposed to sell or refinance the Property by January 31, 2020, but failed to follow through. There is no evidence that Debtor is in process of, has been approved for, or can complete a refinance by October 31, 2020. The only information provided is that Debtor's counsel states within the Notice that "[a]t this time debtor is informed and believes that she qualifies for a refinancing." Notice, Page 2, line 12-14. Additionally, should the proposed refinance fail to occur by the stated deadline, there is no treatment of USB's claim included in the Second Amended Plan. This is again indicative of a plan not proposed in good faith and Debtor's failure to propose a confirmable plan has caused an unreasonable delay which is prejudicial to creditors. Additionally, since the filing of the instant case, Debtor has made one lump sum payment of $12,294.15 (3

---

[1] USB's Proof of Claim was filed July 22, 2019 as Claim 3-1.
[2] USB's Notice of Mortgage Payment Change was filed February 20, 2020 as a supplement to Claim 3-1.
[3] USB's Motion for Relief from Automatic Stay was resolved with an Order for Adequate Protection was entered on November 18, 2019. As of August 26, 2020, Debtor is post-petition delinquent in the amount of $28,662.55.

monthly payments), which resolved USB's Motion for Relief from Automatic Stay with an Adequate Protection Order[4]. Since entry of the Adequate Protection Order, the Debtor has failed to make any payments pursuant to the Adequate Protection Order and Debtor is post-petition delinquent in the amount of $28,662.55.

Moreover, by omitting USB's claim in its entirety, the Plan fails to provide for the pre-petition arrears owed to USB as well as ongoing post-petition monthly mortgage payments to be tendered to USB and clarification as to whether the Trustee shall disburse such payment or whether Debtor shall make payments directly to USB. Therefore, Debtor's Second Amended Plan fails to comply with § 1322(b)(2), § 1322(b)(5), and § 1325 of the United States Bankruptcy Code and is not confirmable.

Based on the foregoing, USB respectfully requests that the Court deny confirmation on Debtor's Second Amended Chapter 13 Plan.

DATED: September 3, 2020           Respectfully Submitted,
                                   MALCOLM ♦ CISNEROS, A Law Corporation

                                   /s/ Christina J. Khil
                                   Christina J. Khil,
                                   Attorney for Caliber Home Loans, Inc. as
                                   servicer for U.S. Bank Trust, N.A., as Trustee
                                   for LSF9 Master Participation Trust

---

[4] Pursuant to the Adequate Protection order entered on November 18, 2019, Debtor was to timely tender regular monthly payments commencing November 1, 2019 forward.

SUPPLEMENT TO OBJECTION TO PLAN                    -3-

# PROOF OF SERVICE

STATE OF CALIFORNIA
ss.
COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Irvine, CA 92612.

      On September 3, 2020, I served the following document described as **SUPPLEMENT TO OBJECTION TO CONFIRMATION OF (SECOND AMENDED) CHAPTER 13 PLAN** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California (and via telecopy or overnight mail where indicated), addressed as follows:

**DEBTOR**
Loretta Birmingham
1565 E. Middle Ave.
San Martin, CA 95046

**DEBTOR'S ATTORNEY**
Stanley A. Zlotoff
Law Offices of Stanley A. Zlotoff
300 S 1st St. #215
San Jose, CA 95113

**CHAPTER 13 TRUSTEE**
Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013

**U.S. TRUSTEE**
Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

      I declare under penalty of perjury that the foregoing is true and correct.
Executed on September 3, 2020, at Irvine, California.

                              */s/ Diep Quach*
                              Diep Quach