Christina J. Khil, #266845
Kelli M. Brown, #328176
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
(949) 252-9400 Phone
(949) 252-1032 Fax
Email: christinao@mclaw.org; kbrown@mclaw.org

Attorney for Caliber Home Loans, Inc. as servicer for U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| In re:<br><br>LORETTA BIRMINGHAM,<br><br>Debtor. | Bankruptcy Case No. 19-50981<br><br>Chapter 13<br><br>**CALIBER HOME LOANS, INC. AS SERVICER FOR U.S. BANK TRUSTEE, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST'S UNILATERAL PRECONFIRMATION HEARING STATEMENT**<br><br>**HEARING DATE:**<br>DATE: September 17, 2020<br>TIME: 10:00 AM<br>CTRM: 9<br>PLACE: 280 South First Street<br>          San Jose, CA 95113-3099<br><br>**VIA TELE/VIDEOCONFERENCE** |
|---|---|

**TO THE HONORABLE STEPHEN L. JOHNSON, UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTOR, AND THE DEBTOR'S ATTORNEY:**

STATUS REPORT -1-

Caliber Home Loans, Inc. as servicer for U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("USB"), hereby files this Statement of Case Status regarding the Debtor's Bankruptcy Case.

1. On June 20, 2019, USB's objection was filed because the debtor's Chapter 13 Plan significantly understated the pre-petition arrears owed to USB. Additionally, although Debtor proposed to sell or refinance real property commonly known as 1565 E Middle Ave, San Martin, California 95046 ("Property") by January 31, 2020 in order to cure the understated pre-petition arrears owed to USB. Debtor did not provide any alternative treatment for USB's claim should the property fail to sell by the proposed sale or refinance deadline.

2. On June 20, 2019, counsel's office for USB reached out to Debtor's counsel via email regarding the filed objection.

3. On June 21, 2019, Debtor's counsel entered discussions with USB's counsel regarding USB's objection and language which would resolve USB's objection. No agreement was reached.

4. On April 30, 2020, Debtor filed an amended Chapter 13 Plan.

5. On May 20, 2020, USB filed an Amended Objection to the debtor's amended Chapter 13 Plan because the debtor's amended plan proposed payments which would fall short of full payment of USB's pre-petition arrears of $155,817.58, there would be an unreasonably delay on the proposed payments, which were not to begin until May 2021, two years after commencement of the case, the speculative nature of the funds proposed to make the plan payments which included a $7,000 step up payment, the infeasibility of the amended Chapter 13 Plan, and that the plan was not proposed in good faith.

6. On May 20, 2020, counsel's office for USB reached out to Debtor's counsel via email regarding the filed objection.

7. On May 20, 2020, Debtor's counsel responded to USB's email regarding the objection.

8. On August 20, 2020, Debtor filed a second amended Chapter 13 Plan, removing

USB's claim entirely.

9. Concurrently with this status report, USB files a Supplement to its Amended Objection to Debtor's (Second Amended) Chapter 13 Plan ("Second Amended Plan") as the Second Amended Plan now completely omits USB's claim, again proposes to refinance the subject property by October 31, 2020 with no evidence to support that such a refinance will occur with no alternative treatment should debtor fail to refinanced by the proposed deadline, and that the plan again was not proposed in good faith.

10. Debtor is post-petition delinquent in the amount of $28,662.55 as of August 26, 2020 and no forbearance agreement is in effect.

11. At this time no agreement has been reached and USB maintains its objection.

DATED: September 3, 2020

Respectfully Submitted,
MALCOLM ♦ CISNEROS, A Law Corporation

*/s/ Christina J. Khil*
Christina J. Khil
Attorney for Caliber Home Loans, Inc. as servicer for U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust

# PROOF OF SERVICE

STATE OF CALIFORNIA

ss.

COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Irvine, CA 92612.

On September 3, 2020, I served the following document described as **CALIBER HOME LOANS, INC. AS SERVICER FOR U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST'S UNILATERAL PRECONFIRMATION HEARING STATEMENT** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California (and via telecopy or overnight mail where indicated), addressed as follows:

**DEBTOR**
Loretta Birmingham
1565 E. Middle Ave.
San Martin, CA 95046

**DEBTOR'S ATTORNEY**
Stanley A. Zlotoff
Law Offices of Stanley A. Zlotoff
300 S 1st St. #215
San Jose, CA 95113

**CHAPTER 13 TRUSTEE**
Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013

**U.S. TRUSTEE**
Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

I declare under penalty of perjury that the foregoing is true and correct.
Executed on September 3, 2020, at Irvine, California.

*/s/ Diep Quach*
Diep Quach