Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA 95113

Telephone (408) 287-5087
Facsimile (408) 287-7645

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | ) Chapter 13 |
| Loretta Birmingham, | ) Case No. 19-50981 SLJ |
| Debtor. | ) Date: September 17, 2020 |
| | ) Time: 10:00 a.m. |

STATUS CONFERENCE STATEMENT

Caliber Home Loans("Caliber") filed an Amended Objection to Confirmation as Docket Number 59.

Caliber is secured by debtor's real property.

Debtor's most recently filed amended plan provides for a refinance of the real property by October 31, 2020.

Debtor's son, Jeff Whalen, is facilitating the process. He is negotiating with a broker, referred by the undersigned, to determine how much might be available to disburse to junior interests from a refinance, after payoff of the amount owed to

- 1 -

Caliber.

It's entirely likely that the junior interests might need to agree to lesser amounts than what they are claiming. When the amounts in play become clearer, debtor will supplement this status conference statement.

Dated: 9/3/2020      /s/Stanley Zlotoff