Form DOC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Loretta Birmingham | Case No.: 19−50981 SLJ 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 5/24/2020 dismissing the above−captioned case effective 9/17/20.

Dated: 9/21/20

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 75